Eduardo Bueno
Name and Prisoner Number/Alien Registration Number
United States Penitentiary
Place of Confinement
PO Box 24550
Mailing Address
Tucson AZ 85734
City, State, Zip Code

FILED LODGED
RECEIVED COPY
JAN 9 2023
CLERK US DISTRICT COURT
DISTRICT OF ARIZONA
BY DEPUTY

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

EDUARDO BUENO,
(Full Name of Petitioner)

Petitioner,

vs.

M. GEUTEREZ,
(Name of Warden, Jailor or authorized person having custody of Petitioner)

Respondent.

**CASE NO.** CV-23-17-TUC-RCC--DTF
(To be supplied by the Clerk)

**PETITION UNDER 28 U.S.C. § 2241 FOR A WRIT OF HABEAS CORPUS BY A PERSON IN FEDERAL CUSTODY**

**PETITION**

1. What are you challenging in this petition?
   - ☐ Immigration detention
   - ☐ Bureau of Prisons sentence calculation or loss of good-time credits
   - ☐ Probation, parole or supervised release
   - ☒ Other (explain): Actual Innocence of mandatory sentencing predicate and adverse 4th Circuit authority that prevented him from pressing his claim.

2. (a) Name and location of the agency or court that made the decision you are challenging: U.S. District Court, Eastern District of Virginia, Norfolk Division.

   (b) Case or opinion number: 2:16CR8

   (c) Decision made by the agency or court: 480 month imprisonment in violation of 18 U.S.C. §§ 2252(a)(20, 2256(1) and (2); to include 2252(b)(1) a predicate offense under 2252.

(d) Date of the decision: February 12, 2016

3. Did you appeal the decision to a higher agency or court? Yes ☐ No ☒

If yes, answer the following: N/A

(a) First appeal: N/A

(1) Name of the agency or court: __________

(2) Date you filed: __________

(3) Opinion or case number: __________

(4) Result: __________

(5) Date of result: __________

(6) Issues raised: __________

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

(b) Second appeal: N/A

(1) Name of the agency or court: __________

(2) Date you filed: __________

(3) Opinion or case number: __________

(4) Result: __________

(5) Date of result: __________

(6) Issues raised: __________

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

(c) Third appeal: N/A

(1) Name of the agency or court: __________

(2) Date you filed: __________

(3) Opinion or case number: ____________________

(4) Result: ____________________

(5) Date of result: ____________________

(6) Issues raised: ____________________

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

4. If you did not appeal the decision to a higher agency or court, explain why you did not: Advised by counsel that my guilty plea waived my right to appeal.

5. Other than the appeals listed above, have you filed any other petitions, applications or motions concerning the issues raised in this petition? Yes ☒ No ☐

If yes, answer the following:

(a) Name of the agency or court: United States District Court, Eastern District of Virginia, Norfolk Division.

(b) Date you filed: November 14, 2016

(c) Opinion or case number: 2:21CV646 (see exhibit 2)

(d) Result: Denied

(e) Date of result: January 13, 2017 (ECF No. 48)

(f) Issues raised: State previous conviction elements more broadly defined than federal statute predicate elements and were not proven by 4th circuit court to categorically match creating an illegal sentence. (see part 5(a) for additional petition.

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

6. For this petition, **state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States**. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**CAUTION:** To proceed in the federal court, you must ordinarily first exhaust (use up) your available administrative remedies on each ground on which you request action by the federal court.

Part 5(a)

5. Other than the appeals listed above, have you filed any other petitions, applications or motions concerning the issues raised in this petition? Yes ☒ No ☐

If yes, answer the following:

(a) Name of the agency or court: United States Court of Appeals (4th Circuit)

(b) Date you filed: November 8, 2021

(c) Opinion or case number: No. 22-104 (see exhibit 3)

(d) Result: Denied

(e) Date of result: Feburary 2, 2022

(f) Issues raised: State previous conviction elements more broadly defined than federal statute predicate elements and were not proven by 4th circuit appeals court to categorically match creating an illegal sentence. (see exhibit 1)

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

GROUND ONE: Petitioner's state prior convictions "can not" categorically, match the elements of mandatory sentencing predicate under U.S.C. § 2252(b)(1).

(a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim.):

On May 11, 2016, the Petitioner was sentenced to 480 months (40 years) under U.S.C. 2252(b)(1) which states in part, "If such person has a prior conviction ... under the laws of any state relating to aggravated sexual abuse, sexual abuse, or abusive sexual contact involving a minor ... such person shall be fined under this title and imprisoned for not less than 15 years or for more than 40 years."

The Petitioner does not have any state convictions relating to aggravated sexual abuse, sexual abuse, or abusive sexual contact involving a minor. The statute of conviction for the Petitioner does not meet the categorical match for the Federal statute's elements of definition.

(See Exhibit 1)

(b) Did you exhaust all available administrative remedies relating to Ground One? Yes ☐ No ☒

(c) If yes, did you present the issue to:

☐ The Board of Immigration Appeals
☐ The Office of General Counsel
☐ The Parole Commission
☐ Other: 

(d) If you did not exhaust all available administrative remedies relating to Ground One, explain why:

No administrative remedy available.

**GROUND TWO:** Adverse 4th Circuit authority deprived petitioner from pressing his claim of actual innocence of predicate application.

(a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim.):

Petitioner previously filed two petitions claiming his innocene of predicate sentence in United States District Court (2:21CV646) and in the United States Court of Appeals (No. 22-104) in the Fourth Circuit. Both denied January 13, 2017 and February 2, 2022 respectively.

(b) Did you exhaust all available administrative remedies relating to Ground Two? Yes ☐ No XX

(c) If yes, did you present the issue to:

☐ The Board of Immigration Appeals
☐ The Office of General Counsel
☐ The Parole Commission
☐ Other: ______

(d) If you did not exhaust all available administrative remedies relating to Ground Two, explain why:

No administrative remedy available.

**GROUND THREE:** N/A

(a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim.): N/A

(b) Did you exhaust all available administrative remedies relating to Ground Three? Yes ☐ No ☐
N/A

(c) If yes, did you present the issue to:
- ☐ The Board of Immigration Appeals
- ☐ The Office of General Counsel
- ☐ The Parole Commission
- ☐ Other:

(d) If you did not exhaust all available administrative remedies relating to Ground Three, explain why:
N/A

**GROUND FOUR:** N/A

(a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim.):
N/A

(b) Did you exhaust all available administrative remedies relating to Ground Four? Yes ☐ No ☐
N/A

(c) If yes, did you present the issue to:
- ☐ The Board of Immigration Appeals
- ☐ The Office of General Counsel
- ☐ The Parole Commission
- ☐ Other: ______

(d) If you did not exhaust all available administrative remedies relating to Ground Four, explain why:
N/A

**Please answer these additional questions about this petition:**

7. Are you challenging your conviction or sentence in any of the grounds raised above? Yes ☒ No ☐ (Claims challenging a federal conviction or sentence may only be raised in a motion under 28 U.S.C. § 2255, unless the § 2255 motion is legally inadequate or ineffective.)

If yes, answer the following:

(a) Have you filed a motion under 28 U.S.C. § 2255? Yes ☒ No ☐

If yes, answer the following:

(1) Name of court: U.S. District & Appellate Courts (4th Circuit).

(2) Case number: No. 2:21CV646 & No. 22-104 respectively

(3) Opinion or case number: Each case denied

(4) Result: Denied

(5) Date of result: January 13, 2017 & February 2, 2022

(6) Issues raised: Actual innocence of predicate sentencing application. (see exhibits 1 through 3).

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

(b) Explain why the remedy under § 2255 is inadequate or ineffective: The Fourth Circuit Court's did not recognize 28 U.S.C. § 2255 as significant to overcome that Circuit's established predicate catagorical applications in 18 U.S.C. 2252(b)(1) rendering § 2255 inadequate and ineffective.

8. If this case concerns immigration removal proceedings, answer the following: N/A

(a) Date you were taken into immigration custody: ______

(b) Date of removal or reinstatement order: ______

(c) Did you file an appeal with the Board of Immigration Appeals? Yes ☐ No ☐

(1) Date you filed: ______

(2) Case number: ______

(4) Date of result: N/A

(5) Issues raised: ______________________

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

(d) Did you file an appeal with the federal court of appeals? Yes ☐ No ☐

(1) Name of the court: N/A

(2) Date you filed: ______________________

(3) Case number: ______________________

(4) Result: ______________________

(5) Date of result: ______________________

(6) Issues raised: ______________________

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

9. Petitioner asks that the Court grant the following relief: That this Court find that the petitioner's predicate sentence under 18 U.S.C. § 2252(b)(1) does not match, catagorically, the elements of his prior state conviction. Further that this Court reman his case back to the Court of conviction for re-sentencing consistent with his criminal convictiom withourt the predicate sentence application or any other relief to which Petitioner may be entitled. (Money damages are not available in habeas corpus cases.)

I declare under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on January 4, 2023 (month, day, year).

[signature]
**Signature of Petitioner**

N/A
Signature of attorney, if any

1/4/2023
Date