# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Eduardo Bueno,<br><br>    Petitioner,<br><br>v.<br><br>M. Gutierrez,<br><br>    Respondent. | **NO. CV-23-00017-TUC-RCC (DTF)**<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed April 11, 2023, judgment of dismissal is entered. Petitioner to take nothing and this action is hereby dismissed with prejudice.

Debra D. Lucas
District Court Executive/Clerk of Court

April 11, 2023

By    s/ SCA
      Deputy Clerk